# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY CHARLES, SR., | NO. CV 11-2268 SJO (FMO) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| JAMES TILTON, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court approves and accepts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

    1.    Judgment shall be entered dismissing the action without prejudice.

    2.    The Clerk shall serve copies of this Order and the Judgment on all parties.

DATED: February 12, 2012.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE