# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY CHARLES, SR., | NO. CV 11-2268 SJO (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JAMES TILTON, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 12, 2012.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE